UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EMERSON; DANIEL R. ENOS,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTA MITCHELL,<br><br>Defendant. | No. 2:18-cv-2200 TLN DB PS<br><br>ORDER |

On August 13, 2018, defendant Krista Mitchell filed a notice of removal of this action from the Yolo County Superior Court along with a motion to proceed in forma pauperis. (ECF Nos. 1 & 2.) At that time, defendant was proceeding in this action pro se. The matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On October 3, 2018, the undersigned issued findings and recommendations which provided the parties fourteen days to file any objections. (ECF No. 8.) On October 15, 2018, attorney Susan Wallace appeared on behalf of the defendant and requested a twenty-eight day extension of time to file objections. (ECF No. 13.)

Good cause appearing, defendant's request will be granted. Moreover, because no party is proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case will be

1

referred back to the assigned District Judge.  Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action.  The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's October 15, 2018 request for an extension of time (ECF No. 13) is granted;

2. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

3. All dates pending before the undersigned are vacated; and

4. Henceforth the caption on documents filed in this action shall be No. 2:18-cv-2200 TLN DB with the "PS" designation being eliminated.

IT IS SO ORDERED.

Dated:  October 16, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/emerson2200.referback.ord