UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN EMERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTA MITCHELL,<br><br>Defendant. | No. 2:18-cv-02200-TLN-DB<br><br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge. (ECF No. 19.) On November 29, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 24.) Defendant has filed objections to the findings and recommendations. (ECF No. 25.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2018 (ECF No. 24) are adopted in full; and

2. Defendant's August 13, 2018 motion to proceed in forma pauperis (ECF No. 2) is denied.

Dated: February 4, 2019

Troy L. Nunley
United States District Judge